GOLDSMITH & BURNS    #72647
Attorney At Law
Carl N. Marschall
Attorney Bar #71823
18425 Burbank Blvd. Ste. 615
Tarzana, CA 91356-2821
(818) 708-2585  Fax: (818) 996-4537

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br>  v.<br>PATRICIA BRIGGS AKA<br>PATRICIA D. BRIGGS<br>       Defendant. | CASE NO. A99-13295<br><br>DEFAULT JUDGMENT |

In the above-entitled action, an affidavit on behalf of the plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff, do have and recover of and from PATRICIA BRIGGS AKA PATRICIA D. BRIGGS the sum of $2,241.48, as principal, $2,546.95 as accrued pejudgment interest, $0.00 for penalties/administrative charges, and $170.00 for court cost, plus $424.15 attorney fees, less credits of $0.00 for a total amount of $5,382.58 plus interest from March 28, 2000, at the rate of $.49 per day to date of entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATE:

SHERRI R. CARTER, CLERK COURT
U.S. District Court Central
District of California

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

BY:_____
DEPUTY CLERK